IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

           Plaintiff,

    v.                                        Case No. 2:98CR20011-001-KHV

THAVONE SRIVISAY,

           Defendant.

## ORDER FOR SALE OF PROPERTY

Comes on for consideration the motion of the United States of America, plaintiff herein, Doc. 47, for an order for sale or property. The United States appears by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Tanya Sue Wilson, Assistant United States Attorney for said District. There are no other appearances.

The Court, after reviewing the file and pleadings herein finds that the allegations of the motion are true and that an order for sale of property should be entered by the court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion of the United States for sale of property is hereby granted and the two one-ounce gold ingots will be sold by the United States Marshals Service. The United States Marshals Service will contact three gold dealers to determine the price of gold on the day of the sale. The United States Marshals Service will sell the two one-ounce gold ingots to the highest bidder on the day of the sale. The proceeds of the sale of the two one-ounce gold ingots will be applied to the Court-ordered restitution in this case.

Dated this 7th day of July, 2005.

                 s/ Kathryn H. Vratil
                 KATHRYN H. VRATIL
                 United States District Judge

Respectfully Submitted:

ERIC F. MELGREN
United States Attorney


s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy
Topeka, Kansas 66683-3592
Telephone:  (785) 295-2850
Facsimile:  (785) 295-2853
E-mail: Tanya.Wilson@usdoj.gov
Attorneys for the United States